**Return of Service**

**UNITED STATES DISTRICT COURT**
**Western District of New York**

University at Buffalo Young Americans for Freedom; et al.
Plaintiff

Case Number: 23-cv-480

vs.

University at Buffalo Student Association, Inc.; et al.
Defendant

On behalf of:
Alliance Defending Freedom
440 1st St NW, Suite 600
Washington, DC 20001

Received by Cavalier to be served on University at Buffalo Student Association Inc., President: Becky Paul Odionhin, at Student Union, 50 Lee Road, Suite 350, Buffalo, NY 14260.

I, Deborah Manley, being duly sworn, depose and say that on June 5, 2023 at or about 1:45 PM I served Summons; Verified Complaint with Exhibits 1 - 3; Motion for Admision of Tyson C. Langhofer Pro Hac Vice; Application for Pro Hac Vice Admission of Tyson Charles Langhofer with Sponsoring Affidavit, Attorney's Oath, Civility Principles and Guidelines, and Attorney Database & Electronic Case Filing Registration Form; Motion for Admission of Jonathan Caleb Dalton Pro Hac Vice; Application for Pro Hac Vice Admission of Jonathan Caleb Dalton with Sponsoring Affidavit, Attorney's Oath, Civility Principles and Guidelines, and Attorney Database & Electronic Case Filing Registration Form personally to Elizabeth Lidano as Interim Dean of Students of University at Buffalo Student Association Inc.. Service occurred at University at Buffalo, Student Union, 50 Lee Road Suite 350 Buffalo, NY 14260.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Deborah Manley 6/5/2023
Deborah Manley — Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-110614