THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITY AT BUFFALO YOUNG AMERICANS FOR FREEDOM; JUSTIN HILL; JACOB CASSIDY; and AMELIA SLUSARZ, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY AT BUFFALO STUDENT ASSOCIATION, INC.; BRIAN HAMLUK in his official capacity as the University at Buffalo Vice President for Student Life; ELIZABETH LIDANO in her official capacity as the University at Buffalo Interim Dean of Students; and PHYLLIS FLORO in her Official Capacity as the University at Buffalo Director of Student Engagement, <br><br> *Defendants*. | CASE NO.: 1:23-cv-00480 <br><br> THE HONORABLE LAWRENCE J. VILARDO <br><br> **Jury Trial Demanded** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND AMENDED VERIFIED COMPLAINT**

Under FED. R. CIV. P. 15(a)(2), Plaintiffs respectfully move this Court for leave to file their Second Amended Complaint. Plaintiffs seek to amend their complaint in good faith and not for any dilatory purpose, and amendment would not be futile or cause any prejudice to Defendants. Rather, Plaintiffs would be prejudiced should this Court deny the motion. Justice demands that this Court freely grant leave to amend.

Plaintiffs seek to amend their complaint to include critical facts and allegations supporting their previously asserted claims that Defendants' policies and actions violate their First Amendment rights to expressive association, to free speech, and to assemble peaceably. *See* 1st Am. V. Compl. ¶¶ 127–76, Doc. 21 (July 26, 2023). Defendants moved to dismiss these claims, putting before this Court matters outside of the operative complaint. Plaintiffs seek leave to amend their complaint to ensure that this Court is furnished with all relevant facts needed to maintain their claims.

1

Plaintiffs also seek leave to substitute a new official as a defendant, as Defendant Lidano is no longer the interim dean of students.

Last, Plaintiffs seek to amend their complaint to add three claims: that Defendants' policies and actions unconstitutionally (1) compel them to associate with groups with whom they disagree and with groups that express messages that they do not support, (2) compel them to express messages that they do not support; and (3) require them to waive their constitutional rights to obtain the benefits associated with being recognized by the Student Association, in violation of the unconstitutional conditions doctrine. These additional claims refine and clarify the legal theories Plaintiffs advance in this case. The need for these refinements became evident after Defendants filed their motions to dismiss, their declarations, and their exhibits, explaining the meaning of their policies, how those policies arose, and the objectives of those policies.

Plaintiffs are seeking leave to amend the complaint promptly, within thirty days of Defendants' motions to dismiss. *See* Univ. at Buffalo Student Ass'n's Mot. to Dismiss, Doc. 24 (Sept. 8, 2023); Univ. Defs.' Mot. to Dismiss, Doc. 25 (Sept. 8, 2023). Allowing Plaintiffs to amend the complaint to address Defendants' first lengthy explanation of their policies at this early juncture in the litigation will not prejudice anyone or delay the proceedings in any material fashion. Plus, it will position the Court to review the sufficiency of Plaintiffs' claims with all currently available facts.

Plaintiffs' counsel consulted with counsel for Defendants prior to filing this motion, resulting in the stipulation setting the deadline for this motion. *See* Stipulation Establishing Pls.' Deadlines for Moving to Amend Compl. and Responding to Defs.' Mot. to Dismiss, Doc. 26 (Sept. 18, 2023); Text Order, Doc. 27 (Sept. 19, 2023) (resetting deadlines as proposed in the stipulation). Counsel for Defendants have not indicated their position on this motion, deferring that until they could review the redline edition of the Second Amended Complaint.

In support of this motion, Plaintiffs submit the following exhibits:

1. An unsigned, redline edition of Plaintiffs' Second Amended Complaint;

2. Exhibit 1 to Plaintiffs' Second Amended Complaint;

3. Exhibit 2 to Plaintiffs' Second Amended Complaint;

4. Exhibit 3 to Plaintiffs' Second Amended Complaint;

5. Exhibit 4 to Plaintiffs' Second Amended Complaint;

6. Exhibit 5 to Plaintiffs' Second Amended Complaint;

7. Exhibit 6 to Plaintiffs' Second Amended Complaint;

8. Exhibit 7 to Plaintiffs' Second Amended Complaint;

9. Exhibit 8 to Plaintiffs' Second Amended Complaint;

10. Exhibit 9 to Plaintiffs' Second Amended Complaint;

11. Exhibit 10 to Plaintiffs' Second Amended Complaint;

12. Exhibit 11 to Plaintiffs' Second Amended Complaint;

13. Exhibit 12 to Plaintiffs' Second Amended Complaint;

14. A proposed order granting Plaintiffs' Motion for Leave to File Second Amended Verified Complaint; and

15. A brief in support of Plaintiffs' Motion for Leave to File Second Amended Verified Complaint.

Respectfully submitted this 6th day of October, 2023.

*/s/ Jonathan Caleb Dalton*

DENIS A. KITCHEN
**DENIS A. KITCHEN, P.C.**
8899 Main Street
Williamsville, New York 14221
Telephone: (716) 631–5661
denis@kitchenlaw.com

TYSON C. LANGHOFER*
Virginia Bar No. 95204
JONATHAN CALEB DALTON*
Virginia Bar No. 83790
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
tlanghofer@ADFlegal.org
cdalton@ADFlegal.org

TRAVIS C. BARHAM**
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road N.E., Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
tbarham@ADFlegal.org

* Admitted *pro hac vice.*
** Motion for admission *pro hac vice* pending.

*Attorneys for Plaintiffs*

4

### CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically filed the foregoing using the CM/ECF system, which automatically sends an electronic notification with this filing to all attorneys of record.

Respectfully submitted this 6th day of October, 2023.

*/s/ Jonathan Caleb Dalton*

JONATHAN CALEB DALTON*
Virginia Bar No. 83790
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
cdalton@ADFlegal.org

\* Admitted *pro hac vice.*

*Attorney for Plaintiffs*

5