THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITY AT BUFFALO YOUNG AMERICANS FOR FREEDOM; JUSTIN HILL; JACOB CASSIDY; and AMELIA SLUSARZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY AT BUFFALO STUDENT ASSOCIATION, INC.; BRIAN HAMLUK in his official capacity as the University at Buffalo Vice President for Student Life; ELIZABETH LIDANO in her official capacity as the University at Buffalo Interim Dean of Students; and PHYLLIS FLORO in her Official Capacity as the University at Buffalo Director of Student Engagement,<br><br>*Defendants*. | CASE NO.: 1:23-cv-00480<br><br>THE HONORABLE LAWRENCE J. VILARDO<br><br>**Jury Trial Demanded** |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE
SECOND AMENDED VERIFIED COMPLAINT**

Under Loc. R. Civ. P. 7(a)(1), Plaintiffs give notice that they will move for leave to file their Second Amended Verified Complaint. Specifically, Plaintiffs ask this Court to grant them leave to file their Second Amended Verified Complaint because the proposed amendment (1) fully complies with the requirements of FED. R. CIV. P. 15(a)(2); (2) bolsters their previously asserted claims and responds to information outside the current complaint that Defendants submitted with their motions to dismiss; (3) substitutes a party; and (4) includes three additional claims based on Defendants' explanation in their motions to dismiss of the history, meaning, and objectives of their policies.

In support of this motion and consistent with Loc. R. Civ. P. 15, Plaintiffs will file an unsigned red-line edition of the proposed Second Amended Complaint, the twelve exhibits to the proposed Second Amended Complaint, a proposed order, and a brief. If Defendants oppose this motion for leave, Plaintiffs intend to file a reply.

1

Respectfully submitted this 6th day of October, 2023.

DENIS A. KITCHEN
**DENIS A. KITCHEN, P.C.**
8899 Main Street
Williamsville, New York 14221
Telephone: (716) 631–5661
denis@kitchenlaw.com

*/s/ Jonathan Caleb Dalton*

TYSON C. LANGHOFER*
Virginia Bar No. 95204
JONATHAN CALEB DALTON*
Virginia Bar No. 83790
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
tlanghofer@ADFlegal.org
cdalton@ADFlegal.org

TRAVIS C. BARHAM**
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road N.E., Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
tbarham@ADFlegal.org

* Admitted *pro hac vice.*
** Motion for admission *pro hac vice* pending.

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I electronically filed the foregoing using the CM/ECF system, which automatically sends an electronic notification with this filing to all attorneys of record.

Respectfully submitted this 6th day of October, 2023.

/s/ *Jonathan Caleb Dalton*

JONATHAN CALEB DALTON*
Virginia Bar No. 83790
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
cdalton@ADFlegal.org

* Admitted *pro hac vice.*

*Attorney for Plaintiffs*

3