# EXHIBIT 3

Suite 350 Student Union   Amherst, New York  14260

(716) 645-2950   fax: (716) 645-2112      www.sa.buffalo.edu

Resolution – 2022-2023 - 28

Subject: Resolution to Amend the University at Buffalo Student Association Inc. ("SA") New Club Recognition Policy

Submitted by: President Becky Paul-Odionhin, Vice President Sammi Pang, and Treasurer Alana Lesczynski

**BE IT RESOLVED** that the following sentence shall be added as the first sentence of point 7 of the section entitled "Gaining Recognition" in the University at Buffalo Student Association Inc.'s "New Club Recognition Policy":

"Except for clubs in the Academic, Engineering, or Sports Councils, and clubs whose sole purpose is to engage in inter-collegiate competition, no SA club may be a chapter of or otherwise part of any outside organization."

**BE IT RESOLVED** that the above-stated amendment to the "New Club Recognition Policy" shall be effective immediately, with the text of the policy being updated accordingly, and with all new clubs applying for recognition being required to comply with the amended policy; and

**BE IT RESOLVED** that all existing SA-recognized clubs shall have until May 17, 2023 to come into compliance with point 7 of the section entitled "Gaining Recognition" of the New Club Recognition Policy, and that any club's failure to do so will result in the automatic derecognition of that club.

**University at Buffalo** The State University of New York

2d Am. V. Compl. Ex. 2 Page 1