# EXHIBIT 5



University at Buffalo Student Association Inc.

350 Student Union, Buffalo, NY 14260

www.sa.buffalo.edu

**Resolution – 2022-2023 - #32**

**Subject: Resolution to Extend Deadline**

**Submitted by: Becky Paul Odionhin, President; Sammi Pang, Vice President; Alana Lesczynski, Treasurer**

WHEREAS, pursuant to Resolution – 2022-2023 – 28, which was previously adopted by the University at Buffalo Student Association Inc. ("SA") Senate, the following sentence was added as the first sentence of point 7 of the section entitled "Gaining Recognition" in the University at Buffalo Student Association Inc.'s "New Club Recognition Policy": "Except for clubs in the Academic, Engineering, or Sports Councils, and clubs whose sole purpose is to engage in inter-collegiate competition, no SA club may be a chapter of or otherwise part of any outside organization."

AND WHEREAS, all existing SA-recognized clubs were allowed until May 17, 2023 to come into compliance with point 7 of the section entitled "Gaining Recognition" of the New Club Recognition Policy;

AND WHEREAS, the SA Officers and Senate desire to allow existing SA-recognized clubs additional time to come into compliance with said new policy, and to extend said deadline to May 31, 2023;

NOW THEREFORE, BE IT RESOLVED, that all existing SA-recognized clubs shall have until May 31, 2023 to come into compliance with point 7 of the section entitled "Gaining Recognition" of the New Club Recognition Policy, and that any club's failure to do so will result in the automatic derecognition of that club.