# EXHIBIT 6

# Student Association Executive Committee Meeting
## July 3rd, 2023 – 2:00pm
## SU 350 (SA Main Office), Buffalo, NY  14260

## Present
Becky Paul Odionhin, SA President; Unnati Agarwal, SA Treasurer; Ian Roma, SA Senate Chairperson.

## Absent
Sammi Pang, SA Vice President.

## Guests
Joshua Korman, SA Attorney; Mark Sorel, SA Administrative Director; Will Eaton, SA Boat Lake Manager.

## Call to Order
Becky Paul Odionhin, SA President, calls meeting to order at 2:03pm.

## Approval of Minutes
None.

## Old Business
None.

## New Business
Ian Roma, Senate Chairperson, introduces Executive Committee Resolution 2022-2023-6 ("Resolution to Extend Annual Registration Deadline for 2023") for consideration.

> Motion to approve Executive Committee Resolution 2022-2023-6 by Ian Roma; second Unnati Agarwal.

| | |
|---|---|
| Becky Paul Odionhin | Yes |
| Unnati Agarwal | Yes |
| Ian Roma | Yes |
| 3 Yes, 0 No, 0 Abstain | |

Motion to approve Resolution 2022-2023-6 passes 3-0-0.

**\*Result: Executive Committee Resolution 2022-2023-6 is approved.\***

Ian Roma, Senate Chairperson, introduces Executive Committee Resolution 2022-2023-7 ("Resolution to Repeal and Replace") for consideration.

Motion to approve Executive Committee Resolution 2022-2023-7 by Ian Roma; second Unnati Agarwal.

| | |
|---|---|
| Becky Paul Odionhin | Yes |
| Unnati Agarwal | Yes |
| Ian Roma | Yes |
| 3 Yes, 0 No, 0 Abstain | |

Motion to approve Executive Committee Resolution 2022-2023-7 passes 3-0-0.

**\*Result: Executive Committee Resolution 2022-2023-7 is approved.\***


## Adjournment

Motion to adjourn meeting by Unnati Agarwal; second Ian Roma.

Without objection, motion passes by unanimous consent.

**\*Result: Meeting is adjourned at 2:06pm.\***



University at Buffalo Student Association Inc.

350 Student Union, Buffalo, NY 14260

www.sa.buffalo.edu

## Executive Committee Resolution – 2022-2023 – #6

**Subject: Resolution to Extend Annual Registration Deadline for 2023**

**Submitted by: Becky Paul Odionhin, President; Sammi Pang, Vice President; Unnati Agarwal, Treasurer**

WHEREAS, SA's Annual Registration and Requirements for Recognition Policy states: "The first phase of the process will start during the month of April annually and have a final deadline of the last day of finals of each spring semester."

AND WHEREAS, the SA Officers desire to allow SA-recognized clubs additional time to fulfil Phase One of the policy, and to extend said deadline to July 18, 2023;

NOW THEREFORE, BE IT RESOLVED, that all SA-recognized clubs shall have until July 18, 2023 to complete Phase One of the Annual Registration and Requirements for Recognition Policy.



University at Buffalo Student Association Inc.

350 Student Union, Buffalo, NY 14260

www.sa.buffalo.edu

**Executive Committee Resolution – 2022-2023 - #7**

**Subject: Resolution to Repeal and Replace**

**Submitted by: Becky Paul Odionhin, President; Sammi Pang, Vice President; Unnati Agarwal, Treasurer**

WHEREAS, it is in the best interest of University at Buffalo Student Association Inc. ("SA"), the University at Buffalo's ("UB") undergraduate students, and members of all SA clubs to ensure awareness of and compliance with SUNY's, UB's, and SA's rules and policies; and

WHEREAS, these policies and rules have been carefully considered, deliberated, and adopted over time to protect students and their student activity fees, and to help ensure fair and active participation in SA clubs and student activities, which are intended to enrich their college experience; and

WHEREAS, for example, pursuant to a long-standing rule, all SA clubs are groups of Members of SA acting as groups of Members; each club is part of SA; no club may be a separate legal entity from SA; and, recognized clubs may not have any accounts or financial activities outside of SA; and

WHEREAS, for example, since 2004, SUNY Policy #3901 (Student Activity Fees – Mandatory) has prohibited the use of student activity fee funds from being used "exclusively for the general corporate purposes" of nonprofit organizations that are outside of the student government; and

WHEREAS, as another example, SA club officers cannot sign contracts on behalf of a SA club; and

WHEREAS, when a SA club is a chapter of or otherwise a part of an outside organization whose rules or policies conflict with or differ from those of SUNY, UB, and/or SA, it can cause a lack of compliance with SUNY's, UB's, and/or SA's rules and policies; and

WHEREAS, the leaders and members of some SA clubs that are a chapter of or otherwise a part of an outside organization may not be aware of such conflicts or differences between the rules and policies of the outside organization and those of SUNY, UB, and/or SA, or they may attempt not to comply with the SUNY, UB, or SA rules or policies; and

WHEREAS, the leaders and members of some SA clubs that are a chapter of or otherwise a part of an outside organization may face pressure to violate the rules and/or policies of the SUNY, UB, and/or SA; and

WHEREAS, even in the absence of such a conflict or pressure, SA clubs and their officers and/or members sometimes violate SUNY, UB, and/or SA rules or policies because they are either unaware of them, or believe that they can disregard them; and

WHEREAS, the SA Senate attempted to address SA club compliance with SUNY's, UB's, and SA's rules or policies—when it adopted Senate Resolution 2022-2023-28 on March 27, 2023 (the "Policy")—which prohibited SA clubs (with certain exceptions) from being a chapter of or otherwise part of any outside organization; and

WHEREAS, after the Policy was adopted, the SA Senate heard student feedback regarding that Policy and considered that feedback; and

WHEREAS, in light of that feedback and the consideration thereof, SA delayed in implementing the Policy during which time it also considered whether a new, superseding policy could better address the SA Senate's concerns underlying its adoption of the Policy; and

WHEREAS, during this delay, the SA Senate also adopted Senate Resolution 2022-2023-32, delaying the implementation of the Policy; and

WHEREAS, during this delay, SA ultimately never implemented the Policy; and

WHEREAS, the SA Executive Committee now desires to attempt to address an underlying concern reflected in the Policy but in a different manner;


NOW THEREFORE, Be it Resolved that the Policy (SA Senate Resolution – 2022-2023 - 28) as well as SA Senate Resolution – 2022-2023 - #32 (delaying the Policy's implementation) are hereby repealed and deemed to never have taken effect, as they were never implemented; and


BE IT FURTHER RESOLVED that the Policy is hereby replaced with a different requirement, which shall be reflected in an amendment to the Club Officers Policy (established March 29, 2022 and updated March 6, 2023); the following text shall be added to the end of the Club Officers Policy:

> Commencing 9/11/2023, prior to taking any act as a SA club officer—including but not limited to the use of SA club funds, facilities, or other resources—a student officer of a SA club must sign the attached document, entitled "Acknowledgment of Club Officer Responsibilities."

**2d Am. V. Compl. Ex. 5 Page 5**

The Acknowledgment of Club Officer Responsibilities is hereby incorporated as an attachment to the Club Officers Policy.

This Resolution shall take effect immediately.

------------------------------------------------------

## **Acknowledgement of Club Officer Responsibilities**

I, as an officer of a University at Buffalo Student Association Inc. ("SA") club, hereby acknowledge that it is my responsibility to review all State University of New York ("SUNY"), University at Buffalo ("UB") and SA policies and rules applicable to SA clubs and their officers and members. All SA policies can be viewed at sa.buffalo.edu. It is also my responsibility to regularly view the SA website to ensure that I am aware of any update(s) to SA policies.

I hereby certify that I will not violate any of the SUNY, UB, or SA policies or rules applicable to SA clubs. Without limitation or waiver of any others, I acknowledge the following rules and/or policies in particular:

1. No SA club may be a separate legal entity from SA; SA-recognized clubs may not have any accounts or financial activities outside of SA.

2. SA club officers may not sign contracts or otherwise enter into agreements on behalf of any SA club.

3. All purchases shall strive to obtain the best value for goods and services; this means that when negotiating any potential deal between SA and a vendor related to club business, it is the club officer's responsibility to represent the interests of SA and the club, not the vendor.

4. No agreement between SA (or the club) and any outside organization shall violate, or compel or allow any SA club to violate, any SA, UB or SUNY policy or rule.

5. The SA Encumbrance and Expenditure Policy must be followed with respect to all expenditures; trade agreements are not permitted.

6. All sales and ticket give-aways, including but not limited to, event tickets, merchandise, or bake sales must follow SA's Ticketing and Merchandise Sales Policy.

I shall be responsible for my violation of this agreement.

**2d Am. V. Compl. Ex. 5 Page 7**

Agreed to by:


Signature: _____