# EXHIBIT 8

 # New Club Recognition Policy

## Policy Information

**Date Established: March 29, 2022**

**Date Last Updated: July 3, 2023**

**Category: Clubs**

## Recognition Authority

All recognition and derecognition authorities for Student Association clubs are contained within the Student Association By-Laws.

## Gaining Recognition

Undergraduate students who have an interest in creating a club that is not currently recognized by the Student Association may apply to be granted recognition by the Student Association. For a new club to gain recognition by the Student Association it must fully complete and submit an application for recognition on the SA website and meet the following criteria:

1. The Student Association must be the primary recognizing agent of the club. Each club is part of SA. No club shall be a separate legal entity from SA.
2. They must have at least ten (10) University at Buffalo undergraduate students who are interested in joining the club and submit their information on the application.
3. The Club's purpose cannot duplicate the purpose of a currently recognized Student Association Club or SA itself.
4. The Club's purpose and activities must be of an educational, cultural, recreational, or social in nature.
5. The Club's purpose or proposed activities must not violate any Mandatory Student Activity Fee, Student Association, University at Buffalo, SUNY, New York State, or Federal guideline, law, regulation, or policy.
6. SA can obtain, at a reasonable and non-prohibitive cost, all necessary insurance for the club to fulfill its stated purpose. Investigating insurance requirements may extend the club's application review period.
7. Any agreement for a Student Association club to be recognized as a chapter of any outside organization is subject to review pursuant to SA's contract policy(ies); no such agreement shall violate, or compel or allow any SA club to violate, any Student Association, University at Buffalo or SUNY policies or rules.
8. They must comply with the Club Constitution Policy

Clubs who do not meet the criteria listed will be denied recognition by the Student Association.

Once an application has been submitted it will be reviewed by the SA Vice President and either the Administrative Director or Associate Administrative Director for compliance with all policies and procedures.

The Student Association assigns clubs into a council prescribed by the Student Association By-Laws. The club's purpose shall be the identifier for which council they are recognized into, and this shall be determined by the SA Vice President. SA will assign clubs based on the following council descriptions:

1. Academic Council - A club whose activities and purpose relate to an academic field of study (excluding Engineering).
2. Engineering Council- A club whose activities and purposes relate to engineering.

**2d Am. V. Compl. Ex. 7 Page 1**

3. Hobby Council - A club whose activities and purpose are considered hobbies.
4. International Council - A club whose activities and purpose relate to ethnic cultures or recognized Nations outside of the United States.
5. People of Color Council- A club whose activities and purpose is to increase the representation of POC members within a given interest or field of study, in the United States.
6. Special Interest Council - A club whose activities and purpose relates to a specialized interest.
7. Sports Council –A club whose activities and purpose are that of competing and/or participating in a particular sport.

Once the purpose and Council assignment is completed the SA Vice President and a second SA Officer will sign off on the recognition of the club as being officially recognized by the Student Association. The club will have the following timelines to complete the additional requirements to remain recognized by SA.

1. The club must complete the registration process outlined in the University at Buffalo University Wide Recognition Policy within 10 business days of being recognized by SA.
2. All club officers must attend the next scheduled new club orientation training.
    a. Failure to attend the next scheduled orientation will result in a mandatory one on one meeting with the council coordinator to complete this training. The Coordinator and Club will have 4 weeks after the failure to attend the new club orientation as scheduled.
3. All club officers will have 6 weeks to complete By-Stander Intervention training.

Clubs who fail to meet all steps in the stated timeline will placed on suspension and reviewed for derecognition.

## Appeals

If a prospective club claims that they have been denied recognition based upon procedural error or violation of law, they may appeal the recognition decision to the Student Association Senate. Any club who wished to appeal must do so within 30 days of the decision being given to them in writing.

**2d Am. V. Compl. Ex. 7 Page 2**