# EXHIBIT 12



CONTRACTS OVERVIEW

# Welcome to the new Contract Review / Creation Wizard:

This system is ONLY for <u>student officers of the clubs</u> of the Undergraduate Student Association (SA) of the State University of New York at Buffalo.

Choose the most accurate form to request that SA review a contract or generate a new one for your club. Be aware: this process generally takes 2-3 weeks depending on various situational factors.

The club's treasurer or president MUST request funds for the expenditure described in the requested contract, and the request for funds MUST be approved by the SA Treasurer in the SAFE system before the signed contract may be released.

# Contract Timeline:

1. Initial submission via this form.

Privacy - Terms

**2d Am. V. Compl. Ex. 11 Page 1**

2. Initial review by SA Staff.

3. Markups and/or changes made (5-7 business days).

4. Submitted to SA's lawyer for review if necessary (minimum of one week).

5. Submitted to Campus Life for review if over $2,500 (may take up to two weeks).

6. A contract may be executed on behalf of SA (including for any SA club) ONLY if such contract is executed by the SA Treasurer and either the SA President or SA Vice President. No one else may sign any contract on behalf of SA or any SA club. SA E-Board approval is not guaranteed.

\* All given times frames are estimates. No turnaround time is guaranteed.

# Find the Contract You Need:

## ARTIST / PERFORMER CONTRACT

Use this form to request that SA review or create a contract/agreement between SA and a performer or performance group for your club

## CATERING CONTRACT

Use this form to request that SA review or create a contract/agreement between SA and a caterer for your club.

## VENUE CONTRACT

Use this form to request that SA review or create a contract/agreement to rent a venue. Do NOT use this form if SA will purchase food from the vendor; if purchasing food, use the catering contract.

## COACHING AGREEMENT

2d Am. V. Compl. Ex. 11 Page 2

Use this form to request the Coach-Paid Independent Contractor agreement. More information on this policy here.

## LEAGUE AGREEMENT

Use this form to review a sports club league agreement.

## REFEREE AGREEMENT

Use this agreement for any referee at a game.

## CLUB FUNDRAISING AGREEMENT

Use this form to request that SA review a fundraising agreement.

## MISCELLANEOUS CONTRACT

Use this form to request that SA review or create a contract/agreement that isn't similar to any of the other options above.



**2d Am. V. Compl. Ex. 11 Page 3**

350 Student Union, Buffalo, NY 14260

E ubsa@buffalo.edu

P (716) 645-2950

F (716) 645-2112

**QUICK LINK**

About us

Accessibility

Contact us

Events

Sitemap

**RELATED UB DEPARTMENTS**

University at Buffalo

UB Student Unions

UB Student Engagement

UB Ticket Office

**FOLLOW US**

   

Copyright © 2023 University at Buffalo Student Association Inc.