**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

UNIVERSITY AT BUFFALO YOUNG AMER-
ICANS FOR FREEDOM; JUSTIN HILL; JA-
COB CASSIDY; and AMELIA SLUSARZ,

*Plaintiffs*,

v.

UNIVERSITY AT BUFFALO STUDENT AS-
SOCIATION, INC.; BRIAN HAMLUK in his
official capacity as the University at Buf-
falo Vice President for Student Life;
ELIZABETH LIDANO in her official capac-
ity as the University at Buffalo Interim
Dean of Students; and PHYLLIS FLORO
in her Official Capacity as the Univer-
sity at Buffalo Director of Student En-
gagement,

*Defendants*.

**CASE NO.: 1:23-cv-00480**

**THE HONORABLE
LAWRENCE J. VILARDO**

**Jury Trial Demanded**

**PROPOSED ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND AMENDED VERIFIED COMPLAINT**

THIS MATTER is before the Court on Plaintiffs' Motion for Leave to File Second Amended Verified Complaint. Considering the motion and the record, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs may file their Second Amended Verified Complaint within fourteen days of entry of this motion.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
THE HONORABLE LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I electronically filed the foregoing using the CM/ECF system, which automatically sends an electronic notification with this filing to all attorneys of record.

Respectfully submitted this 6th day of October, 2023.

*/s/ Jonathan Caleb Dalton*
JONATHAN CALEB DALTON*
Virginia Bar No. 83790
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
cdalton@ADFlegal.org

* Admitted *pro hac vice.*

*Attorney for Plaintiffs*

2