UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNIVERSITY AT BUFFALO
YOUNG AMERICANS FOR
FREEDOM; JUSTIN HILL; JACOB
CASSIDY; AND AMELIA SLUSARZ

                 Plaintiff,

  vs.

UNIVERSITY AT BUFFALO
STUDENT ASSOCIATION INC.;
BRIAN HAMLUK in his official
capacity as the University at Buffalo,
Vice President for Student Life;
TOMAS AGUIRRE in his official
capacity as the University at Buffalo,
Dean of Students; and PHYLLIS
FLORO in her Official Capacity
as the University at Buffalo
Director of Student Engagement,

                 Defendants.

1:23-CV-00480-LJV

---

## NOTICE OF MOTION TO DISMISS

| | |
|---|---|
| MOTION BY: | Defendants, BRIAN HAMLUK, TOMAS AGUIRRE, and PHYLLIS FLORO |
| RELIEF SOUGHT: | Dismissal pursuant to FRCP 12(b)(6) |
| WHEN RETURNABLE: | As directed by the Court |
| ORAL ARGUMENT: | Requested |
| WHERE RETURNABLE: | Honorable Lawrence J. Vilardo<br>U. S. Courthouse<br>2 Niagara Square<br>Buffalo, NY 14202 |

| | |
|---|---|
| SUPPORTING PAPERS: | Memorandum of Law; Declaration of PHYLLIS FLORO with Exhibits |

     Pursuant to Local Rule 7(a)(1), notice is hereby given that defendants intend to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served at least fourteen (14) days prior to the return date of the motion unless otherwise ordered by the Court.

DATED:    Buffalo, New York
                January 2, 2024

                                            LETITIA JAMES
                                            Attorney General of the State of New York
                                            Attorney for Defendants, BRIAN
                                            HAMLUK, TOMAS AGUIRRE, and
                                            PHYLLIS FLORO

                                            BY:

                                            /s/*Michael T. Feeley*
                                            MICHAEL T. FEELEY
                                            Assistant Attorney General, of Counsel
                                            Main Place Tower, Suite 300A
                                            350 Main Street
                                            Buffalo, NY 14202
                                            Telephone:  (716) 853-8472
                                            Michael.Feeley@ag.ny.gov