UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNIVERSITY AT BUFFALO
YOUNG AMERICANS FOR
FREEDOM; JUSTIN HILL; JACOB
CASSIDY; AND AMELIA SLUSARZ

                  Plaintiff,

  vs.

UNIVERSITY AT BUFFALO
STUDENT ASSOCIATION INC.;
BRIAN HAMLUK in his official
Capacity as the UB Vice President for
Student Life; ELIZABETH LIDANO
in her official capacity as the UB
Interim Dean of Students; and
PHYLLIS FLORO in her Official
Capacity as the UB Director of
Student Engagement,

                  Defendants.

1:23-CV-00480-LJV
HON. LAWRENCE J. VILARDO

---

    **PHYLLIS FLORO** declares under penalty of perjury that the following is true and correct in accordance with 28 U.S.C. § 1746:

1. I am the Director of Student Engagement at the State University of New York at Buffalo, and a named defendant herein. I submit this affirmation in support of the motion to dismiss filed by my attorneys.

2. A true and accurate copy of the current State University of New York at Buffalo Student Club and Organization University-Wide Recognition Policy, is annexed hereto as <u>Exhibit A</u>.

3. A true and accurate copy of the current University at Buffalo Student Association Inc. Bylaws as filed with the State University of New York at Buffalo, with

1

        Senate and Executive Committee Meeting Minutes up to July 3, 2023, is annexed hereto as <u>Exhibit B</u>.

4.     A true and accurate copy of the current list of State University of New York at Buffalo Recognized Student Organizations as recognized by a University Recognizing Agents other than the University at Buffalo Student Association Inc., is annexed hereto as <u>Exhibit C</u>. This list also indicates by the word "yes" in the third column that a Recognized Student Organization has a National Affiliation and, where so, indicates the email contact to the National Organization.

5.     A true and accurate copy of the current list of State University of New York at Buffalo Recognized Student Organizations as whose recognition status or name has been changed as a result of the University at Buffalo Student Association Inc. bylaw changes of and after March 27, 2023, is annexed hereto as <u>Exhibit D</u>.

**DATED:**     September 7, 2023
                  Buffalo, New York

*/s/ Phyllis Floro*
Phyllis Floro

2