| Organization | Note |
|---|---|
| Turning Point USA | |
| Young Americans for Freedom | |
| College Democrats | |
| UNICEF Unite club | |
| Brothers And Sisters In Christ | |
| Circle K | |
| Amnesty International | |
| Pre-Law Chapter of the National Black Law Student Association | |
| Powerful United Ladies Striving to Elevate (PULSE) | Changed name to Global Child Advocacy Club |
| Active Minds | Changed name to Basic Christian Club |
| IGNITE | Changed name to OK |
| It's On Us | |
| Model United Nations | |
| ROTC Club | |