UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNIVERSITY AT BUFFALO YOUNG AMERICANS
FOR FREEDOM, *et al.*,

        Plaintiffs,        Civil Action No.
                              1:23-cv-00480-LJV

vs.

UNIVERSITY AT BUFFALO STUDENT
ASSOCIATION INC., *et al.*,

        Defendants.

---

## NOTICE OF MOTION TO DISMISS
## PLAINTIFFS' SECOND AMENDED COMPLAINT

| | |
|---|---|
| Moving Party: | Defendant University at Buffalo Student Association Inc. |
| Nature of Action: | Alleged violations of the First Amendment of the U.S. Constitution. |
| Directed To: | Plaintiffs. |
| Date and Time: | To be scheduled by the Court. |
| Place: | In the courtroom of the Hon. Lawrence J. Vilardo, United States District Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers: | Memorandum of Law in Support of Defendant's Motion to Dismiss, dated January 3, 2024; Declaration of Becky Paul Odionhin, dated September 6, 2023, with exhibits; and Declaration of Aaron M. Saykin, dated January 3, 2024, with exhibit. |
| Answering Papers: | Per the Court's Scheduling Order, opposing papers must be served by February 23, 2024. Defendant intends to file and serve a reply, which must be served by March 15, 2024. |

| | |
|---|---|
| Relief Requested: | An Order dismissing the Second Amended Complaint with prejudice. |
| Grounds for Relief: | Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and case law. |
| Oral Argument: | Requested. |

Dated: January 3, 2024

                                                **HODGSON RUSS LLP**
*Attorneys for Defendant University at Buffalo Student Association Inc.*

By      *s/Aaron M. Saykin*
            Aaron M. Saykin
            Ryan K. Cummings
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
*asaykin@hodgsonruss.com*
*rcumming@hodgsonruss.com*

16740581v1