

**Aaron M. Saykin**
Partner
Direct Dial: 716.848.1345
ASaykin@hodgsonruss.com

March 27, 2024

<u>Via CM/ECF</u>

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

Dear Judge Vilardo:

      Re:    *University at Buffalo Young Americans for Freedom v.*
                *University at Buffalo Student Association, Inc.*
                <u>No. 1:23-cv-00480 (W.D.N.Y.)</u>

      This letter requests a brief extension of time -- **to April 10, 2024** -- for Defendants to submit an opposition to the Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 46), and to adjust the deadline for Plaintiffs' reply to **April 17, 2024**.

      On March 25, 2024, this Court set a deadline of April 8, 2024 for the opposition and April 15 for the reply.  Defendants had already requested from all counsel an extended deadline due to scheduling conflicts with the Easter break and other matters already scheduled.  All counsel have consented.  We do not believe that this would affect any other deadlines in the case or the appearance on April 26, 2024.

      Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        Aaron M. Saykin