THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNIVERSITY AT BUFFALO YOUNG AMERICANS FOR FREEDOM**; **JUSTIN HILL**; **JACOB CASSIDY**; and **AMELIA SLUSARZ**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNIVERSITY AT BUFFALO STUDENT ASSOCIATION, INC.**; **BRIAN HAMLUCK** in his official capacity as the University at Buffalo Vice President for Student Life; **TOMÁS AGUIRRE** in his official capacity as the University at Buffalo Interim Dean of Students; and **PHYLLIS FLORO** in her Official Capacity as the University at Buffalo Director of Student Engagement,<br><br>*Defendants*. | **CASE NO.: 1:23-cv-00480**<br><br>**THE HONORABLE LAWRENCE J. VILARDO**<br><br>**Jury Trial Demanded** |

**PLAINTIFFS JACOB CASSIDY'S NOTICE OF VOLUNTARY DISMISSAL**

Under FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Jacob Cassidy voluntarily dismisses all claims he brought in his Second Amended Verified Complaint in the above-captioned case, *see* 2d Am. V. Compl., Doc. 37, for the sole reason that he desires to serve as an officer in the United States Navy and dismissing his claims is a requirement for pursuing that service to our nation.

Respectfully submitted this 20th day of June, 2024.

|  |  |
|---|---|
| DENIS A. KITCHEN<br>**DENIS A. KITCHEN, P.C.**<br>8899 Main Street<br>Williamsville, New York 14221<br>Telephone: (716) 631–5661<br>denis@kitchenlaw.com | */s/ Travis C. Barham*<br>TYSON C. LANGHOFER\*<br>Virginia Bar No. 95204<br>JONATHAN CALEB DALTON\*<br>Virginia Bar No. 83790<br>PAUL LOGAN SPENA\*<br>Virginia Bar No. 98407<br>**ALLIANCE DEFENDING FREEDOM**<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>Telephone: (571) 707–4655<br>Facsimile: (571) 707–4656<br>tlanghofer@ADFlegal.org<br>cdalton@ADFlegal.org<br>lspena@ADFlegal.org |
| \* Admitted *pro hac vice.* | TRAVIS C. BARHAM\*<br>Georgia Bar No. 753251<br>**ALLIANCE DEFENDING FREEDOM**<br>1000 Hurricane Shoals Road N.E., Ste. D-1100<br>Lawrenceville, Georgia 30043<br>Telephone: (770) 339–0774<br>Facsimile: (770) 339–6744<br>tbarham@ADFlegal.org |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, I electronically filed the foregoing document using the CM/ECF system, which automatically sends an electronic notification with this filing to all attorneys of record.

Respectfully submitted this 20th day of June, 2024.

*/s/ Travis C. Barham*
TRAVIS C. BARHAM*
Georgia Bar No. 753251
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road N.E., Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
tbarham@ADFlegal.org

* Admitted *pro hac vice.*

*Attorney for Plaintiffs*